UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH J. LEBLANC                                CIVIL ACTION

VERSUS                                            NUMBER: 09-3330

MICHAEL J. ASTRUE,                                SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

New Orleans, Louisiana, this 25th day of November, 2009.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE